**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CRIMINAL CASE NO. 2:09-cr-00022-MR-DLH**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **DAVID BLACKFOX** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue Supervised Release Revocation Hearing [Doc. 43].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 43] is **GRANTED**, and the Defendant's final revocation hearing is hereby **CONTINUED** from its current setting of August 4, 2016. The parties will be notified at a later time of the date of the rescheduled hearing.

**IT IS SO ORDERED.**

Signed: July 26, 2016

Martin Reidinger
United States District Judge