|        |                                                                 |
|--------|-----------------------------------------------------------------|
| **To:**    | The Honorable Martin Reidinger<br>U.S. District Court Judge |
| **From:**  | Benjamin Racoff<br>Intensive Supervision Specialist         |
| **Subject:** | **David Jeffrey Blackfox**<br>Case Number: 0419 2:09CR00022- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:**  | 2/12/2019                                                   |



**NORTH CAROLINA WESTERN MEMORANDUM**

---

The United States Probation Office is requesting permission to destroy four (4) items that were seized from the above listed defendant. These items were seized on 04/24/17, during a planned search of the defendant's residence. These items were seized due to the investigating officer believing them to be contraband and evidence.

On 12/03/18, the defendant died in Swain County, NC. With the death of the defendant, these items are no longer deemed to have evidentiary value. Regarding the cell phone, an attempt was made to contact the defendant's daughter, Kristin Blackfox. USPO Ben Racoff called the only known phone number for Ms. Blackfox and left a voice message. USPO Racoff did not receive any return calls in response to the message. With Your Honor's permission, we would like to destroy the below listed items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 828-771-7347, should you have any questions.

Items seized:

**Item 1 – cell phone (serial number: 128 16663637)**
**Item 2 – spoon**
**Item 3 – drug paraphernalia**
**Item 4 – pencil torch**

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: February 12, 2019

Martin Reidinger
United States District Judge